FILED
CLERK, U.S. DISTRICT COURT
JUL 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NELSON AYALA ESPINOZA,<br><br>　　　　　　　　Defendant. | CASE NO. CR 10-00031-MWF<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

　A. (✓) the appearance of defendant as required; and/or

　B. (✓) the safety of any person or the community.

2. The Court concludes:

　A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

1   other persons or the community. Defendant poses a risk to the
2   safety of other persons or the community based on:
3   _nature of the offenses; criminal_
4   _history_
5
6
7
8   B. (✓)  Defendant has failed to demonstrate by clear and convincing
9   evidence that he is not likely to flee if released. Defendant poses
10  a flight risk based on: _nature of the offenses;_
11  _unknown background information;_
12  _no bail resources_
13
14
15
16  IT IS ORDERED that defendant be detained.
17
18
19
20  DATED: July 30, 2013
                                    _Alicia G. Rosenberg_
21                                  HONORABLE ALICIA G. ROSENBERG
                                    UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28